

# NUMBER 13-23-00214-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

**CHRISTOPHER SANCHEZ,** **Appellant,**

**v.**

**ELIZABETH MOLINA PEREZ,** **Appellee.**

## On appeal from the 275th District Court of Hidalgo County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Longoria,
Memorandum Opinion by Justice Benavides**

Appellant Christopher Sanchez filed a notice of appeal from an order of division. Sanchez and appellee Elizabeth Molina Perez have since filed an agreed motion to dismiss the appeal, informing the Court that the parties have settled the underlying dispute and wish for the appeal to be dismissed.

Based on the parties' agreement, which was signed by their attorneys, the Court grants the motion and dismisses the appeal. *See* TEX. R. APP. P. 42.1(a)(2). Because the agreement does not indicate otherwise, appellate costs will be taxed against Sanchez. *See id.* R. 42.1(d). Having dismissed the appeal at the parties' request, all other pending motions before the Court are dismissed as moot and no motion for rehearing will be entertained.

GINA M. BENAVIDES
Justice

Delivered and filed on the
29th day of June, 2023.

2